FRED NANN, as President of LOCAL UNION No. 3 OF THE AMALGAMATED FOOD WORKERS, etc., Respondent, v. LASAR RAIMIST, as Treasurer of LOCAL No. 500 OF THE BAKERY AND CONFECTIONERY WORKERS' INTERNATIONAL UNION OF AMERICA, etc., Appellant.— Motion for stay of injunction pending appeal denied,

with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.